IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER SHANE LANGSTON,

    Petitioner,                    No. 2: 12-cv-1633 JFM (HC)

    vs.

GARY SWARTHOUT,

    Respondent.                <u>ORDER</u>

_____/

    Respondent has requested an extension of time until December 12, 2012 to file a responsive pleading to petitioner's petition for writ of habeas corpus. (<u>See</u> Dkt. No. 8.) Good cause appearing, IT IS HEREBY ORDERED that Respondent's November 9, 2012 motion for an extension of time to file a response to the petition for writ of habeas corpus (Dkt. No. 8.) is GRANTED and respondent shall serve and file a responsive pleading by December 12, 2012.

DATED: November 27, 2012.

UNITED STATES MAGISTRATE JUDGE

14
lang1633.111

1