IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER SHANE LANGSTON,

    Petitioner,        No. 2: 12-cv-1633 JFM (HC)

  vs.

GARY SWARTHOUT,

    Respondent.        <u>ORDER</u>

_____/

      Respondent has requested a second extension of time to file a responsive pleading to petitioner's application for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Respondent's request for an extension of time (Dkt. No. 11.) is granted; and

      2. Respondent shall file a responsive pleading to the application for writ of habeas corpus on or before January 11, 2013. No further extensions of time will be granted.

DATED: December 18, 2012.

                              UNITED STATES MAGISTRATE JUDGE

14
lang1633.111(2)

1