UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SHANE LANGSTON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>GARY SWARTHOUT,<br><br>　　　　　Respondent. | No.  2:12-cv-01633 JFM (HC)<br><br><br>ORDER |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Both parties have consented to the jurisdiction of the undersigned magistrate judge for all purposes.  ECF Nos. 4, 14; see 28 U.S.C. § 636(c); Local Rule 305(a). Pursuant to this court's order dated September 26, 2013, this case is stayed pending resolution of petitioner's unexhausted claims.  See ECF No. 32.

　　　　Presently pending before the court is petitioner's October 3, 2013 motion styled as a "motion to compel documentation of respondent's 1-10-13 answer."  ECF No. 33.  In his motion, petitioner claims that he did not receive respondent's January 10, 2013 answer (ECF No. 13), and requests that the court mail a copy to petitioner.  Id.  In light of petitioner's request, the court will direct respondent to mail a copy of his January 10, 2013 answer to petitioner.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's October 3, 2013 motion to compel (ECF No. 33) is granted; and

2. Within fourteen days from the date of this order, respondent shall mail a copy of the January 10, 2013 answer to petitioner, and file a certificate of service with this court.

Dated:  October 10, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

lang1633.mtc