UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SHANE LANGSTON,<br><br>  Petitioner,<br><br>  v.<br><br>GARY SWARTHOUT,<br><br>  Respondent. | No. 2:12-cv-01633 CKD (HC)<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to this court's order dated September 26, 2013, this case is stayed pending resolution of petitioner's unexhausted claims in state court. See ECF No. 32. On November 12, 2013, petitioner filed a document styled as a "motion to compel docket." ECF No. 37. It appears that plaintiff's motion is intended for the Supreme Court of California, and was mailed to that court on November 6, 2013. Id. at 1, 3. As a result, this court will not address plaintiff's motion.

Accordingly, IT IS HEREBY ORDERED that plaintiff's November 12, 2013 filing (ECF No. 37) is disregarded.

Dated: November 18, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

lang1633.ord