UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SHANE LANGSTON,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>GARY SWARTHOUT,<br><br>　　　　　　Respondent. | No. 2:12-cv-1633 CKD P<br><br><br>ORDER |

On June 19, 2014, plaintiff filed a motion asking that the court order officials at the California Medical Facility to stop providing medical treatment to petitioner and that they house petitioner in general population. This is not a proper request in an action filed under 28 U.S.C. § 2254 where the only relevant issues are the fact of or the duration of a petitioner's confinement. See 28 U.S.C. § 2254(a). If petitioner wishes to challenge some condition of his confinement, he should initiate an action under 42 U.S.C. § 1983. Accordingly, IT IS HEREBY ORDERED that petitioner's "motion for injunctive relief" (ECF No. 55) is denied.

Dated: October 2, 2014

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
lang1633.inj