1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WALTER SHANE LANGSTON,                    No.  2:12-cv-1633 CKD P

12              Petitioner,

13         v.                                   ORDER

14    GARY SWARTHOUT,

15              Respondent.

16

17         Petitioner has filed a request for the appointment of counsel.  There currently exists no

18    absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d

19    453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

20    any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing §

21    2254 Cases.  In the present case, the court does not find that the interests of justice would be

22    served by the appointment of counsel at the present time.

23         Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of

24    counsel (ECF No. 69) is denied.

25    Dated:  January 12, 2015

26                                              _____
                                                CAROLYN K. DELANEY
27                                              UNITED STATES MAGISTRATE JUDGE

28    1/lang1633.110