1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WALTER SHANE LANGSTON,                    No.  2:12-cv-1633 CKD P

12                  Petitioner,

13        v.                                   ORDER

14   GARY SWARTHOUT,

15                  Respondent.

16

17           On May 29, 2015, petitioner filed a second amended petition for writ of habeas corpus

18   without obtaining (or seeking) leave to do so.  Good cause appearing, IT IS HEREBY

19   ORDERED that the second amended petition for writ of habeas corpus filed by petitioner on May

20   29, 2015 (ECF No. 83) is stricken.

21   Dated:  June 4, 2015

22                                             _____
                                              CAROLYN K. DELANEY
23                                             UNITED STATES MAGISTRATE JUDGE

24

25

26   1
     lang1633.sac
27

28