UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SHANE LANGSTON,<br><br>Petitioner,<br><br>v.<br><br>GARY SWARTHOUT,<br><br>Respondent. | No. 2:12-cv-1633 CKD P<br><br><br><br>ORDER |

Petitioner is a California prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2254. Respondent filed an answer to the operative petition on September 25, 2015. Petitioner's traverse is due November 20, 2015.

On October 30, petitioner filed a motion asking that this matter be dismissed because, according to petitioner, he has not been provided with sufficient access to the law library to research points made by respondent in his answer. On November 13, petitioner again filed a "motion to dismiss . . ." This time he indicates he cannot proceed because of harassment and the "stress of frustration is to[o] unbearable to manage my legal efforts."

Petitioner fails to point to sufficient facts warranting intervention from the court with respect to his access to the law library or his vague allegations of harassment. In any case, he has not requested intervention. While it is within petitioner's prerogative to proceed with this action

/////

or not, the court will give petitioner 21 days within which to consider the alternatives listed below.

Good cause appearing, IT IS HEREBY ORDERED that petitioner's request that this matter be dismissed will be honored unless, within 21 days, petitioner:

1. Files a traverse;

2. Seeks an extension of time within which to file a traverse; or

3. Requests that the court render a decision as to petitioner's habeas petition with no traverse.

Dated: November 20, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
lang1633.mtd

2