UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SHANE LANGSTON, | No. 2:12-cv-1633 CKD P |
| Petitioner, | |
| v. | ORDER |
| GARY SWARTHOUT, | |
| Respondent. | |

Petitioner has filed a motion asking that the court issue a certificate of appealability with respect to this court's December 11, 2015 denial of his petition for writ of habeas corpus. As indicated in that order, the court declines to issue a certificate of appealability.

Dated: February 1, 2016

_CAROLYN K. DELANEY_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
lang1633.coa