1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WALTER SHANE LANGSTON,                       No.  2:12-cv-1633 CKD P

12              Petitioner,

13         v.                                        ORDER

14    GARY SWARTHOUT,

15              Respondent.

16

17         Per order of the Ninth Circuit dated April 25, 2016 (ECF No. 110), the court construes the

18    document filed by petitioner on January 8, 2016 (ECF No. 106) as a motion for reconsideration of

19    the court's December 11, 2015 denial of petitioner's petition for writ of habeas corpus and denial

20    of a certificate of appealability (ECF No 101).  A district court[1] may reconsider a ruling under

21    either Federal Rule of Civil Procedure 59(e) or 60(b).  See Sch. Dist. Number. 1J, Multnomah

22    County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993).  "Reconsideration is appropriate if

23    the district court (1) is presented with newly discovered evidence, (2) committed clear error or the

24    initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law."

25    Id. at 1263.

26    /////

27    _____

28    [1] The parties have consented to all matters in the case being before a United States Magistrate
      Judge.  See 28 U.S.C. § 636(c).                    1

1      Petitioner fails to point to any newly discovered evidence.  Petitioner fails to make any

2 coherent argument suggesting that either the court's denial of his habeas petition or denial of a

3 certificate of appealability is erroneous or manifestly unjust.  There has been no change in

4 controlling law.  For these reasons, petitioner's motion for reconsideration will be denied.

5      A review of the court's file reveals that on February 1, 2016, the court improperly ruled

6 on petitioner's January 28, 2016 request for a certificate of appealability (ECF No. 107) as that

7 request was meant for the Ninth Circuit.  Good cause appearing, the court will vacate the ruling

8 (ECF No. 108) on that request.  Again, the court declined to issue a certificate of appealability

9 with respect to the denial of petitioner's petition for writ of habeas corpus.

10      Accordingly, IT IS HEREBY ORDERED that:

11      1.  Petitioner's motion for reconsideration (ECF No 106) is denied; and

12      2.  The court vacates its February 1, 2016 ruling (ECF No. 108) upon petitioner's January

13 28, 2016 request for certificate of appealability (ECF No. 107).

14      3.  The Clerk of the Court is directed to serve a copy of this order on the Ninth Circuit.

15 Dated:  April 26, 2016

16                 CAROLYN K. DELANEY

17                 UNITED STATES MAGISTRATE JUDGE

18

19

20   1
  lang1633.mfr

21

22

23

24

25

26

27

28